## VERIFICATION

I, **Jan Trevalyan**, verify under penalty of perjury under the laws of the United States of America that the following is true and correct

1. I am the Plaintiff herein.

2. I have read the foregoing Complaint and know the contents therein to be true to my knowledge and belief.

DATED: 9/14/10

_____
Jan Trevalyan